IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOSEPH MOORE[1] | : | NO. 97-373-04 |

## ORDER OF DETENTION

AND NOW, this 9th day of June, 2005, after a hearing in court with all parties present,

IT IS HEREBY ORDERED that the defendant be DETAINED PENDING a final hearing before the Honorable Ronald L. Buckwalter on June 14, 2005 at 10:00 a.m., and that he be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel; and that, on Order of the Court of the United States or on a request of an attorney for the United States the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceedings.

BY THE COURT:

_____
THOMAS J. RUETER
United States Magistrate Judge

---

[1] Defendant stipulated to probable cause and detention.