```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
UNITED STATES OF AMERICA      :

           vs.                :     CRIMINAL NO. 97-373-04

JOSEPH MOORE                  :
REG. NO. 51137-066
```

**ORDER REGARDING SUPERVISED RELEASE**

AND NOW, this  14th  day of  June  ,2004, after hearing in open court sur violation of Supervised Release, with defendant and counsel being present,  it is

ORDERED AND ADJUDGED  that the order of Supervised Release ,entered in the above case is Continued for a period of 6 months from this date.

FURTHER ORDERED AND ADJUDGED  that the defendant is released from the custody of the United States Marshal with the following conditions: That the defendant shall be placed under House Arrest for 6 months, with electronic monitoring. The defendant shall bear the cost of the monitor. He shall not leave his residence, except for bona fide employment, or medical emergencies without the approval of the Probation officer.

```
                                    BY THE COURT:


                                    _____
                                    Ronald L. Buckwalter,      J.

cc:   U.S. Marshal (2) (via fax)
      Probation Office (1) (via fax)
      Counsel


      _6-14-05_        __MJH__
        Date         By Whom
```